IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3034-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JASON CHARLES YAEGER, | ) | |
| | ) | |
| Defendant. | ) | |

I have received a letter from Jason C. Yaeger and I have also received a letter from the Children's Hospital in Omaha, Nebraska. Taken together, it appears that Mr. Yeager's child is on her death bed and that Mr. Yeager is seeking the opportunity to visit with his child before her death. I will direct the Clerk's office to file the letters as one motion. Upon consideration of the motion,

IT IS ORDERED that:

(1) The Federal Public Defender for the District of Nebraska is herewith appointed to represent Mr. Yeager regarding the motion.

(2) The Federal Public Defender for the District of Nebraska shall schedule a conference call with the undersigned, the prosecutor, Sara E. Fullerton, and the Probation Officer who originally handled this case, Craig R. Ford, at the early convenience of counsel, the Probation Officer, and the undersigned.

(3) Before the telephone conference described above, Mr. Ford shall contact the Bureau of Prisons to determine whether the Bureau of Prisons will allow the defendant to be released from prison for a short period of time to visit with his child.

(4) The Clerk of the Court shall send a copy of this memorandum and order to Mr. Yeager at his last known address.

(5) My chambers shall provide a copy of this memorandum and order, and the defendant's motion, to Mr. Ford and the Federal Public Defender for the District of Nebraska.

October 4, 2007.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge