IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3034-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JASON CHARLES YAEGER, | ) | |
| | ) | |
| Defendant. | ) | |

Defense counsel provided the undersigned with the following note dated February 23, 2008, from Jerry E. Rector, M.D.:

> This letter is to serve as an update on the status of [patient Jayci Yaeger]. She was brought to the emergency department after increased seizure activity and decreased responsiveness. She was found to have a large intracranial hemorrhage. Her condition has been determined to be critical and this latest intracranial insult is something that we do not believe she can recover from. It is believed that she will pass away soon. I have advised parents and relatives to come pay their last respects as soon as possible.

At the defendant's request, and with the agreement of counsel for the parties and the Probation Officer, they all agree that Jason Charles Yaeger should be allowed to visit his dying child. The undersigned agrees as well. Therefore,

IT IS ORDERED that:

(1)   The Bureau of Prisons is strongly encouraged to allow Jason Charles Yaeger to visit his dying child Jayci Yaeger who is presently located at the Children's Hospital in Omaha, Nebraska, where she will be receiving hospice care. In other words, the court strongly encourages the Bureau of Prisons to allow Mr. Yaeger with as many "escorted trips" or "escorted day trips" to visit Jayci Yaeger as is appropriate.

(2)   Craig Ford, the United States Probation Officer assigned to this case, shall provide the Bureau of Prisons with a copy of this order and he shall do whatever he can do

to assist the Bureau of Prisons in seeing to it that Mr. Yaeger is able to visit with his child before her death.

    February 26, 2008.        BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge