IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3034 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JASON CHARLES YAEGER, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Yaeger's emergency motion for interruption of sentence (filing 97) is denied.

March 5, 2008.                  BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge