IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3034 |
| | ) | |
| v. | ) | |
| | ) | |
| JASON CHARLES YAEGER, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that judgment is entered against the defendant providing that his 2255 motion (filing 100) is denied.

   March 28, 2008.                           BY THE COURT:

                                             *s/Richard G. Kopf*
                                             United States District Judge